No. 888. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* HARBISON; and

No. 889. SAME *v.* COLGATE. April 30, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for

618

the Second Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Hugh Satterlee* and *J. E. MacCloskey, Jr.,* for respondents.